IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC., | ) | CIVIL ACTION NO. |
| | ) | 3:11-CV-00293 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ~~PROPOSED~~ ORDER |
| | ) | |
| MATTHEW NEGRI, and | ) | |
| EXHAUST PRO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Meineke Car Care Centers, Inc.'s ("Meineke") Motion for a Preliminary Injunction. Having reviewed the evidence presented by Meineke and being fully advised in this matter, this Court hereby GRANTS Meineke's Motion for a Preliminary Injunction. Accordingly, the Court orders as follows:

1. Defendants shall cease and refrain, for a period of one year from the date Defendants begin compliance with such covenant not to compete, from directly or indirectly (such as through corporations or other entities owned or controlled by them), owning a legal or beneficial interest in, managing, operating or consulting with: any business performing exhaust, brakes, or shocks and struts services at the premises of former Meineke Center No. 924, located at 401 South Coca Blvd. US #1, Coca, FL 32922, or within six (6) miles of former Center No. 924 or within six (6) miles of any other Meineke Center existing as of the date that Center 924 terminated.

1

2. Defendants shall release or transfer to Meineke the telephone number (321) 636-3503 that has been advertised in conjunction with Meineke's name, logo and Marks by doing everything required by the telephone company, including the signing of any release forms or payment of any outstanding telephone bills, to release or transfer the telephone number to Meineke.

3. Defendants shall cease using and/or remove and/or have removed any names, marks, signs, forms, advertising, manuals, computer software, supplies, products, merchandise and all other things and materials of any kind which are identified or associated with the Meineke name, logo or marks, or which contain a name, logo or mark confusingly similar to the Meineke name, logo or marks including, but not limited to, the yellow and black signs displayed above the bay doors at the premises of former Center 924.

SO ORDERED.

Dated: 11 Jan , 2012

/s/ Graham C. Mullen
Honorable Graham C. Mullen
United States District Court