IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-293

| | | |
|---|---|---|
| **MEINEKE CAR CARE CENTERS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MATTHEW NEGRI and EXHAUST PRO, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. The hearing set for January 14, 2013 is **RE-SET for January 16, 2013 at 3:00 p.m.** in courtroom number 3, 401 West Trade Street, Charlotte, North Carolina. Defendants are hereby directed to appear before the undersigned and show cause why they should not be held in contempt of Court.

Signed: December 28, 2012

Graham C. Mullen
United States District Judge